# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS CHARLES BROWN, | Case No. CV 15-02613 RGK (AFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF LONG BEACH, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice for failure to prosecute.

DATED: January 28, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE